UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERY GASPARD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEA TASK FORCE, et al.,<br><br>Defendants. | Case No. EDCV-16-02290-BRO (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation were due by April 13, 2017 and none were filed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) the civil rights claims against Ernest Cartwright are dismissed with prejudice for failure to allege that Cartwright acted under color of state or federal law; (2) the civil rights claims against Chuck Rosenberg, Acting Administrator of the Drug Enforcement Administration, are dismissed with prejudice for failure to allege his personal involvement in the incidents at issue; (3) the Americans with Disabilities Act ("ADA") claim against

Rosenberg is dismissed with prejudice because the cited provision of the ADA does not apply to the federal government; and (4) the ADA claim against the City of San Bernardino is dismissed without prejudice to Plaintiffs pursuing that claim in Case No. CV-15-01802-BRO-KES, which is currently stayed due to bankruptcy proceedings by the City.

This action will proceed on the following claims pled in Plaintiff's First Amended Complaint: (1) the civil rights claims against the individually named law enforcement officers, and (2) the ADA claim against the County of San Bernardino based on Plaintiff's treatment while incarcerated. (Dkt. 25.)

DATED: May 2, 2017

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE

Presented By:

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE